**L. B. SMITH, INC.,**

v.

**Luther J. HUGHES, trading and doing business as Hughes Trailers, Appellant.**

No. 13590.

United States Court of Appeals
Third Circuit.

Argued Nov. 16, 1961.

Decided Jan. 3, 1962.

William J. Ruano, Pittsburgh, Pa., for appellant.

C. Willard Hayes, Washington, D. C. (Bertram I. DeYoung, Philadelphia, Pa., George T. Mobille, Cushman, Darby & Cushman, Washington, D. C., Robert V. Smith, Smith, Ristig & Smith, Washington, D. C., on the brief), for appellee.

Before BIGGS, Chief Judge, and KALODNER and STALEY, Circuit Judges.

PER CURIAM.

We have examined the record in this case with care and have weighed the arguments of the parties. We think that nothing of value can be added to the precise and careful opinion of Judge Leahy, 190 F.Supp. 787 (E.D.Pa.1961). Consequently, we will affirm the judgment on that opinion.

**Morris JOSEPH**

v.

**UNITED STATES of America.**

No. 6669.

United States Court of Appeals
Tenth Circuit.

Nov. 15, 1961.

Irving P. Andrews, Denver, Colo., for appellant.

Lawrence M. Henry, U. S. Atty., and D. L. Giacomini, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, PICKETT and HILL, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute same.

**Carl Wesley SCOTT**

v.

**UNITED STATES of America.**

No. 6846.

United States Court of Appeals
Tenth Circuit.

Nov. 16, 1961.

No attorney for appellant.

B. Andrew Potter, U. S. Atty., and Jack R. Parr, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and PICKETT and HILL, Circuit Judges.

Affirmed without written opinion, for the reasons stated in the trial court's order. See Ross F. Ray v. United States of America, 295 F.2d 416.